IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GEORGE LYONS,

    Plaintiff,

v.                                    CASE NO. 5:11-cv-286-MP-GRJ

SHELINA PETERSON, et al.,

    Defendants.

_____/

## O R D E R

This case is before the Court on Doc 14, an unexecuted summons for Defendant Officer Jessica Valverde that was returned with a notation that Defendant Valverde is no longer employed at Jefferson Correctional Institution but is now employed at the Northwest Florida Reception Center ("NWFRC") in Chipley, Florida. Because Defendant Officer Valverde remains to be served, the Court will direct that Defendant Valverde be served at NWFRC.

Accordingly, it is hereby **ORDERED**:

1. The Clerk shall issue a summons for Defendant Valverde indicating Defendant Valverde has 60 days in which to file a response to the complaint.

2. Pursuant to Rule 4(c), Federal Rules of Civil Procedure, **Christon Holley** is specially appointed to serve process upon Defendant **Officer Jessica Valverde** at the Northwest Florida Reception Center, a facility within the Florida Department of Corrections. In the absence of **Christon Holley,** the specially appointed process server designated above, **Lori English** is designated as an alternate server and shall comply with this Order as though issued in her name.

3. The Clerk shall refer the summons prepared for Officer Jessica Valverde to the United States Marshal, along with a copy of Plaintiff's Second Amended Complaint (Doc. 10) and this Order.

4. **Within 10 days** from the date of entry of this Order on the docket, the United States Marshal or a Deputy United States Marshal shall serve a copy of the Second Amended Complaint, a summons, and this Order upon Defendant Valverde.  Service shall be accomplished **by mailing these documents by regular mail to the above named special process server who shall serve the Complaint.**  All costs of service shall be advanced by the United States.

5. **Within 10 days** after receipt of the complaint and this order, **Christon Holley** shall **serve the Second Amended Complaint upon Officer Jessica Valverde, complete** and **sign** the return of service, and **return** it to the Clerk of Court as proof of service.  **Defendant Officer Jessica Valverde shall also sign the return of service as an acknowledgment of receipt of service**.

**DONE AND ORDERED** this 4th day of April 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge