IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GEORGE LYONS,

    Plaintiff,

v.                                        CASE NO. 5:11-cv-286-MP-GRJ

SHELINA PETERSON, et al.,

    Defendants.

_____/

## O R D E R

    This matter is before the Court on Doc. 20, the Motion For Enlargement of Time By Defendants Smith, Peterson, and Dillard.  Defendant Jessica Valverde was recently served in this case on April 18, 2012 and her answer is due June 18, 2012.  (Doc. 18.)  Defendants Smith, Peterson and Dillard, the other three Defendants in this action, were previously served and their answers are due on May 29, 2012.  (Doc. 13.)  In their motion, Defendants Smith, Peterson, and Dillard request an extension of the deadline to file their responses until June 18, 2012 to coincide with the deadline for Defendant Valverde to file her response.

    Upon due consideration, it is **ORDERED**:

1.  The Motion For Enlargement of Time By Defendants Smith, Peterson, and Dillard, Doc. 20, is **GRANTED.**  Defendants shall file their responses to Plaintiff's Second Amended Complaint **on or before June 18, 2012.**

**DONE AND ORDERED** this 29th day of May 2012.

                                                    *s/ Gary R. Jones*
                                                    GARY R. JONES
                                                    United States Magistrate Judge