**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

GEORGE LYONS,

    Plaintiff,

v.                                                                                              CASE NO. 5:11-cv-00286-MP-GRJ

JACKSON CORRECTIONAL INSTITUTION, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 33, plaintiff's motion for an extension of time to respond to the Report and Recommendation, Doc. 32. Upon consideration, the motion is granted and plaintiff shall have until Thursday, February 28, 2013, to file objections to the Report and Recommendation.

**DONE AND ORDERED** this *29th* day of January, 2013

                                             *s/Maurice M. Paul*
                                           Maurice M. Paul, Senior District Judge