IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GEORGE LYONS,

    Plaintiff,

v.                                                   CASE NO. 5:11-cv-00286-MP-GRJ

JACKSON CORRECTIONAL INSTITUTION, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 14, 2013. (Doc. 32). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The plaintiff filed objections, Doc. 35, to which the defendants responded. The plaintiff then replied, Doc. 37, to the response. The Court has made a de novo determination of those portions of the Report and Recommendation to which objection was made. 28 U.S.C. § 636(b)(1)(C), and concludes that it should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Defendants' motion to dismiss (Doc. 22) is granted, and the Clerk is directed to close this file.

**DONE AND ORDERED** this *29th* day of March, 2013.

                                           *s/Maurice M. Paul*
                                        Maurice M. Paul, Senior District Judge